```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20557
    ARTHUR ANDERSON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR


           Debtor
    SSN XXX-XX-6456
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/02/07 .

   2.  The case was converted to Chapter 7 without confirmation, 03/13/2008.

   3.  The Debtor paid a total of $   1625.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CARRINGTON MORTGAGE SERV | SECURED | .00 | .00 | .00 |
| CARRINGTON MORTGAGE SERV | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE CORP | SECURED VEHIC | .00 | .00 | 411.92 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGON FEDERAL C U | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

     Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 411.92 | .00 | .00 | .00 | 411.92 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 411.92 | .00 | .00 | .00 | 411.92 |

The Debtor's attorney, DEBRA J VORHIES-LEVINE      , was allowed $        .00 and was paid $         .00 .

The Trustee received $       22.38 .

Refunds to the Debtor totaled $   1190.70 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 06/26/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE